IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                 Case No.:  8:22-cv-00294-VMC-SPF

SHERYL MERRITT and
KATHY WEBB,

    Defendants.
_____/

**JOINT MOTION FOR ORDER OF INTERPLEADER DISBURSEMENT**

Defendants, Sheryl Merritt ("**Merritt**") and Kathy Webb ("**Webb**")(collectively, "the **Parties**"), through their respective undersigned counsel, pursuant to Local Rule 7.03(b), jointly request the Court to enter the attached Order of Interpleader Disbursement, which will terminate this case in its entirety and provide for distribution of the interpleaded funds in the court registry. In support of this motion, the parties state as follows:

1.     On February 3, 2022, Plaintiff, The Lincoln National Life Insurance Company ("**Lincoln**"), filed a Complaint in Interpleader against Merritt and Webb. (Doc. No. 1). The Complaint pertains to whether and to what extent the Parties may be entitled to death benefits payable as a result of the passing of James H. Stinebiser.

2. On April 15, 2022, Lincoln deposited the entirety of the death benefits with the court registry. (Doc. No. 42). The total amount of the funds is $449,546.58. (Doc. Nos. 40, 41, and 42).

3. On April 18, 2022, the Court entered an Order dismissing Lincoln from this action, leaving the Parties to litigate their entitlement to the funds. (Doc. No. 43).

4. On April 29, 2022, Merritt and Webb reached a settlement of this dispute.

5. According to Local Rule 7.03(b), "a motion to disburse money from the court's registry: (1) must identify each recipient of the disbursement, (2) must propose a precise disbursement of both the principal and the accumulated interest, and (3) must include a proposed order accounting for each fee or other charge against the deposit."

6. Pursuant to their settlement agreement, Merritt and Webb agree to the dismissal of their claims against each other, with prejudice, and without attorney fees or costs to either party, and that the funds, along with any accumulated interest and court assessed fees, should be disbursed to the following persons, as payees for the respective parties, at the following addresses, and in the following amounts:

    a)     Ewusiak Law, P.A. Trust Account (Payee)
            c/o Joel Ewusiak (Attorney for Merritt)
            Ewusiak Law, P.A.
            12191 W. Linebaugh Ave, #755
            Tampa, FL 33626

        Two Hundred Forty-Nine Thousand Five Hundred Forty-Six Dollars and Fifty-Eight Cents ($249,546.58).

b)    Lieser Skaff Alexander, PLLC Trust Account (Payee)
       c/o Bo Sellitti (Attorney for Webb)
       LIESER SKAFF ALEXANDER, PLLC
       403 North Howard Avenue
       Tampa, FL 33606

       Two Hundred Thousand Dollars and Zero Cents ($200,000.00).

c)    Any accrued interest earned on the entirety of the funds since deposited with the court on April 15, 2022, less any court assessed fee for the administration of the funds, should be made payable to the payees above in equal amounts (i.e., 50% to each Party). To the extent any court assessed fee exceeds any accrued interest earned, each of the Parties further agree to pay 50% of the fee and that such amount be deducted from the sums set forth in a) and b) above.

7.    Therefore, pursuant to this Joint Motion for Order of Interpleader Disbursement, the parties request that the Court approve the settlement of the parties, order disbursement of the funds in the court registry as set out above and directed in the Order of Interpleader Disbursement, and dismiss all of the pending claims with prejudice, with all parties being responsible for their own attorney fees and costs.

8.    The proposed Order of Interpleader Disbursement is attached as "Exhibit 1."

WHEREFORE, Merritt and Webb request an Order from the Court granting this Motion and directing the Clerk to disburse the funds in the court registry according to the agreement between the Parties.

Local Rule 3.01(g) Certification

Counsel for Merritt and counsel for Webb have conferred regarding the relief requested in this Motion and agree on the resolution of the motion.

Date: May 9, 2022.

| /s/Joel Ewusiak<br>Joel Ewusiak<br>Fla. Bar No.: 0509361<br>Ewusiak Law, P.A.<br>12191 W. Linebaugh Ave, #755<br>Tampa, FL 33626<br>T: 727.286.3559<br>F: 727.286.3219<br>E: joel@ewusiaklaw.com<br>*Lead Counsel for Defendant, Sheryl Merritt* | /s/ Bo Sellitti<br>Bo Sellitti<br>Fla. Bar No.: 803081<br>LIESER SKAFF ALEXANDER, PLLC<br>403 North Howard Avenue<br>Tampa, FL 33606<br>Phone: (813) 280-1256<br>Facsimile: (813) 251-8715<br>Primary: bo@lieserskaff.com<br>Secondary to all: efile@lieserskaff.com<br>*Lead Counsel for Defendant, Kathy Webb* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 9, 2022, the foregoing document was filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Joel Ewusiak
Joel Ewusiak